# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANK NELLOM,** : | |
|     **Plaintiff,** : | |
| : | |
|     v. : | **Case No. 2:24-cv-3045-JDW** |
| : | |
| **SCOTT PANCKERI**, *et al.*, : | |
|     **Defendants.** : | |

## ORDER

AND NOW, this 16th day of December, 2024, upon consideration of Plaintiff Frank Nellom's Motion For Summary Judgment, which I construe as a motion for relief from my Order dismissing this case (ECF No. 5), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

                                                  **BY THE COURT:**

                                                  */s/ Joshua D. Wolson*

                                                  **JOSHUA D. WOLSON, J.**